Dismissed and Memorandum Opinion filed August 6, 2009.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00301-CV

____________

 

MASSOOD DANESH PAJOOH and MANSOOR DANESH PAJOOH, 

Appellants

 

V.

 

JEFFREY TOMPKINS, Appellee

 



 

On Appeal from the County Civil Court at Law No. 1

Harris County,
Texas

Trial Court Cause
No. 914423

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed January 16, 2009. 
On April 30, 2009, this court ordered the parties to mediate this case.  On
July 31, 2009, appellants filed an agreed motion to dismiss the appeal because
all issues have been settled.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice
Hedges and Justices Seymore and Sullivan.